**TRUDY A. NOWAK, P.C.**
**Bankruptcy Law Strategists**
**Attorneys at Law**
2001 E. Campbell Avenue, Suite 201
Phoenix, AZ  85016
Trudy A. Nowak (AZ Bar No. 021567)
Email: tnowak@bklaws.com
Telephone: (480) 759-0524
Attorney for Stanley J. Kartchner, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | Case No. 4:13-bk-15976-SHG |
| Roberta I. Sachs, | Chapter 7 |
| Debtor. | |
| STANLEY J. KARTCHNER, Chapter 7 Trustee, | Adv. No. 4:15-ap-00028-SHG |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| HUGHES FEDERAL CREDIT UNION, and/or its assignees, successors, predecessors or representatives, | |
| Defendant. | |

Trudy A. Nowak, states as follows:

I am the attorney of record in this matter, and am authorized to make this Certification on behalf of Stanley J. Kartchner, the Chapter 7 Trustee for the above captioned estate. I am a citizen of the United States, over the age of eighteen years and am otherwise competent to testify to the facts stated herein. I make this certification as evidence of service of the following:

**SUMMONS IN AN ADVERSARY PROCEEDING
and
COMPLAINT**

A copy of the foregoing was served via CERTIFIED MAIL, postage prepaid, to each of the following parties in interest on the date shown below:

PRESIDENT OF DEFENDANT:
Robert J. Swick
President and General Manager
Hughes Federal Credit Union
971 W. Wetmore Road
Tucson, AZ 85705

A copy of the foregoing was served via first-class mail, postage prepaid, to each of the following parties in interest on the date shown below:

DEFENDANT:
Hughes Federal Credit Union
P.O. Box 11900
Tucson, AZ 85734

STATUTORY AGENT FOR DEFENDANT:
LRR Agent Service of Arizona I
Statutory Agent for Hughes Federal Credit Union
as trade name for HFCU Services, LLC
One S. Church Ave. #700
Tucson, AZ 85701

COURTESY COPY TO DEBTOR:
Roberta I. Sachs
42574 West Colby Drive
Maricopa, AZ 85138

A copy of the foregoing was served via email to each of the following parties in interest on the date shown below:

COURTESY COPY TO ATTORNEYS FOR DEFENDANT (on other matters):
Sonia M. Blain
Gust Rosenfeld P.L.C.
sblain@gustlaw.com

Jody Corrales
Gust Rosenfeld P.L.C.
jcorrales@gustlaw.com

| | |
|---|---|
| 1 | COURTESY COPY TO ATTORNEY FOR DEBTOR:<br>Kenneth L. Neeley<br>Neeley Law Firm, PLC |
| 2 | ecf@neeleylaw.com |
| 3 | |
| 4 | UNITED STATES TRUSTEE:<br>Renee S. Shamblin<br>renee.s.shamblin@usdoj.gov |
| 5 | |
| 6 | I declare under penalty of perjury that the foregoing is true and correct. |
| 7 | Dated: January 14, 2015 |
| 8 | TRUDY A. NOWAK, P.C. |
| 9 | /s/ Trudy A. Nowak |
| 10 | Trudy A. Nowak<br>Attorney for the Trustee |